**Opinion filed February 28, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00414-CV

_____

## MCCLINTON ENERGY GROUP, LLC; TONY MCCLINTON; AND THOMAS MCCLINTON, Appellants

## V.

## JPM INVESTMENTS, INC., Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-17-05-0494**

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss this appeal. Appellants state in the motion that the parties to this appeal have resolved their dispute. Appellants indicate that Appellee does not oppose the motion. In accordance with Appellants' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.


PER CURIAM


February 28, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.